AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4:20-mj-71869-MAG |
| DONALD GREGORY MURRAY, Jr. | ) |
| | ) |
| | ) |
| Defendant(s) | |

FILED
Dec 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 16, 2020** in the county of **Alameda** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |
| | Penalties:<br>Maximum term of imprisonment: 10 years<br>Maximum fine: $250,000<br>Maximum term of supervised release: 3 years<br>Forfeiture<br>$100 mandatory special assessment |

This criminal complaint is based on these facts:
Please see attached affidavit of ATF Special Agent Andrew Balady in support of the Criminal Complaint.

(approved as to form __SSB__ AUSA Samantha Schott Bennett)

☑ Continued on the attached sheet.

/s/ Andrew Balady
*Complainant's signature*

Andrew Balady, Special Agent, ATF
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 and 4(d).

Date: December 17, 2020

*Judge's signature*

City and state: Oakland, California      Hon. Kandis A. Westmore, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT

I, Andrew Balady, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn state:

## I.     INTRODUCTION

1. I make this affidavit in support of a criminal complaint charging Donald Gregory MURRAY, Jr., with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).  For the reasons stated below, I submit that there is probable cause to believe that, on or about December 16, 2020, in the Northern District of California, MURRAY possessed a Glock Model 23 pistol, a Romarm Model Champion 2007 pistol, and approximately 28 rounds of .40 S&W ammunition.

2. The information contained within this affidavit is based upon information I have gathered in my investigation, my personal observations, my training, experience and information received from other law enforcement officers.  I believe these sources to be reliable.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that there has been a violation of 18 U.S.C. § 922(g)(1). Further, my understanding of the significance of certain events and facts may change as the investigation progresses.

## II.     AFFIANT'S TRAINING AND EXPERIENCE

3. I am a Special Agent ("SA") of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since July 2017.  I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).  I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training

Program and the ATF National Academy Special Agent Basic Training Course. My duties include the investigation of criminal violations of federal firearms, explosives, and arson laws, as well as those involving violent crime. I am also an ATF Firearms Interstate Nexus Expert, in which I have received 40 hours of training the identity and origin of firearms and ammunition. Prior to being an ATF Special Agent, I was employed as a police officer with the Belmont, California Police Department from approximately September 2013 to May 2017. During my employment with the Belmont Police Department, I was assigned to the Patrol Division as a patrol officer and I had the collateral duty of being an Evidence Technician in the Crime Scene Unit.

4.  As an ATF Special Agent, I have conducted and participated in both state and federal investigations involving the possession of firearms and ammunition by convicted felons. I have investigated and assisted in the prosecution of criminal street gangs engaged in illegal narcotics/firearms trafficking, as well as the criminal possession and use of firearms. During these investigations, I have participated in various types of investigative techniques, including electronic surveillance; undercover agents and informants; and controlled purchases of firearms and narcotics from suspects. I have participated in physical surveillance operations and have participated in the execution of state and federal arrest warrants and search warrants. I have reviewed numerous law enforcement reports. In addition to utilizing the aforementioned investigative techniques, I have been required during these investigations to analyze information resulting from traditional record searches, pen registers and trap and trace devices, financial records, utility records, and telephone toll and subscriber records. I have interviewed individuals, as well as conferred with other law enforcement officers about the slang, codes, symbols, graffiti, and dress of gang members, criminals' use of telephones, e-mails, and other

methods of communication to conduct their criminal activities, and criminals' use of false and fictitious identities to thwart law enforcement investigation of their activities.

5. The information in this affidavit, including the opinions which I have formed and statements set forth herein, is based upon my training and experience in the field of firearms and illegal narcotics investigations, personal participation during the course of this investigation, knowledge obtained from investigative reports, reliable sources of information relative to this investigation, consultation with other experienced local and Federal law enforcement officials, and upon my examination and review of various reports and other records.  Unless otherwise noted, when I assert that a statement was made, I have either heard the statement directly or listened to a recording of the statement, or the statement was reported to me by another law enforcement officer, either directly or indirectly in a written report.  The officer providing me with the information may have received the information by way of personal knowledge or from another source.

### III. APPLICABLE LAW

6. 18 U.S.C. § 922(g) prohibits a person from knowingly possessing a firearm or ammunition that has been shipped or transported from one state or another or between a foreign nation and the United States, if at the time the individual possessed the firearm or ammunition, the individual had been convicted of a crime punishable by imprisonment exceeding one year (i.e., a felony), and knew he had been so convicted.

### IV. FACTS SUPPORTING PROBABLE CAUSE

#### A. Background and MURRAY's Prior Felony Convictions

7. I have reviewed Donald Gregory MURRAY, Jr.'s criminal history and conviction records.  On or about April 6, 2017, in Alameda County Superior Court, he sustained a felony

conviction for a violation of California Penal Code § 25400(A)(2)—carrying a concealed firearm. He was initially sentenced to 190 days' jail and five years' probation, but in October 2019, MURRAY was sentenced to 16 months' imprisonment following a probation violation. On or about October 17, 2019, in Alameda County Superior Court, MURRAY also sustained a felony conviction for a 2018 violation of California Vehicle Code § 2800.2(A)—recklessly evading law enforcement, for which he was initially sentenced to three years' probation, but was subsequently sentenced to one year county jail for violating his probation. On or about June 8, 2020, in Alameda County Superior Court, MURRAY sustained a felony conviction for a 2019 violation of California Penal Code 29800(A)(1)—felon in possession of a firearm, for which he received a one day county jail suspended sentence and three years' probation.

8. On December 16, 2020, in a Mirandized statement while being transported, MURRAY acknowledged to ATF agents that he had previously received a 16.5 month sentence. Based on the lengths of his imposed sentences, his prior conviction for being a felon in possession of a firearm, and his statement to ATF agents, I believe there is probable cause that MURRAY knew he had been previously convicted of a crime punishable by more than one year in prison.

9. I have reviewed publicly viewable posts made to an Instagram account which I believe belongs to MURRAY based on a comparison of the photos on the account, including the profile photo, and known photos of MURRAY. I observed a photograph which was posted on the Instagram account on or about November 6, 2020, which depicted MURRAY, wearing a blue sweatshirt and blue/white jeans standing in what appeared to be a hotel room. MURRAY was holding in one hand what appeared to me to be a privately manufactured AR-style pistol loaded with a Hexmag brand 30-round magazine with a window (visible are multiple brass cartridges).

BALADY AFF. ISO OF CRIMINAL COMPL.

MURRAY was holding in his other hand what appeared to me to be a compact Glock pistol with an extended ETS brand translucent magazine (visible are multiple cartridges). MURRAY also had another Glock pistol with extended magazine in his waistband, and an additional Glock pistol with extended magazine in his pant pocket. A copy of this photograph is depicted below.



10. On or about December 10, 2020, two pictures were posted to the account, which depicted MURRAY wearing a tan and brown camouflage pattern hooded coat with a black heart on the back of it, as well what appears to be a black baseball cap. MURRAY appeared to be standing in the driveway of his home in front of an older model brown and white pickup truck.

5

BALADY AFF. ISO OF CRIMINAL COMPL.

MURRAY was holding what appeared to me to be a compact model Glock pistol with an extended magazine, and a weaponlight attached to the frame of the pistol. I noted that the post was captioned, "Catch a opp in traffic!! This 23 get to jumping" and "Murder Dubbs" was listed as the location. I know based on my training and experience with gang investigations that "opp" is a slang term for a member of a rival gang, or an enemy. I also understood the sentence "This 23 get to jumping" to mean that the firearm MURRAY was holding was a Glock Model 23, .40 caliber pistol, and MURRAY was stating that if he were to see a rival gang member in traffic, that he would use his firearm and shoot at his rival. The photograph is copied below:



11. I have reviewed surveillance video from a store in Oakland, California, from December 4, 2020. On that date, MURRAY was seen in the vicinity of the store, wearing the same camouflage jacket with black heart image described and depicted above. The surveillance footage shows MURRAY walking towards the street, at which point an AR-style pistol fell out of his jacket. MURRAY picked up the firearm and placed it back into his waistband.

        B.      **MURRAY Possessed a Firearm and Ammunition on December 16, 2020**

12. On or about December 16, 2020, ATF Special Agents and Task Force Officers, with the assistance of the Oakland Housing Authority Police Department, executed a federal search warrant at MURRAY's home in Oakland, California. During the search warrant execution, an ATF Special Agent observed MURRAY open the rear door of the residence, at which time the Agent directed MURRAY to return inside. MURRAY was detained on scene. During the search of the residence, on the rear porch immediately next to the rear door where MURRAY had been observed, Agents located a black backpack with the writing "DONALD M" on one of the straps. The backpack contained the following: a Glock Model 23, .40 S&W pistol bearing serial number SRE276, loaded with (20) .40 S&W cartridges; a Romarm, Model Champion 2007 5.56x45mm pistol; and a privately manufactured .40 S&W pistol with no serial number, loaded with eight .40 S&W cartridges. A query of the firearms revealed that the Glock Model 23 had been reported stolen. The rounds of ammunition bore headstamps from the following brands: Sellier and Bellot (three), CBC (two), Remington (one), Federal (three), CCI-Speer (seven), PMC (one), Fiocchi (one), Winchester (nine), and HRTRS (one).

13. I noted that the Glock pistol appeared to be the same one as the one described above in paragraph 10, which was depicted on MURRAY's publicly available Instagram account in a photo on or about or about December 10, 2020. A photograph of the recovered Glock pistol

from MURRAY's residence is depicted below. I believe they are the same firearm because the recovered Glock pistol is a Model 23, with an extended magazine, and has a weaponlight attached to the frame. Both firearms also appear to have the same belt clip attached to them.



### C. The Firearm and Ammunition Possessed by MURRAY Traveled in Interstate Commerce

14. I consulted with an ATF interstate nexus expert who informed me that the Glock Model 23 pistol, the Romarm, Model Champion 2007 5.56x45mm pistol were manufactured outside of California. I am also informed that the 27 rounds of ammunition produced by Sellier and Bellot, CBC, Remington, Federal, CCI-Speer, PMC, Fiocchi, and Winchester were manufactured outside of California. Accordingly, I believe that the firearms and ammunition must have crossed state lines in order to be located in California.

### V. CONCLUSION

15. Based upon the foregoing, I submit that there is probable cause to believe that on December 16, 2020, in the Northern District of California, Donald Gregory MURRAY, Jr., violated 18 U.S.C. § 922(g)(1) by being a felon in possession of a firearm and ammunition.

16. Accordingly, I request that the Court issue the requested Criminal Complaint and Arrest Warrant.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Andrew Balady
_____
ANDREW M. BALADY
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to before me over the telephone pursuant to Fed. R. Crim P. 4.1 and 4(d) and signed by me on this  17th  day of  December  2020.

*Kandis Westmore*
_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge