1

2

3

4                                  UNITED STATES DISTRICT COURT

5                               NORTHERN DISTRICT OF CALIFORNIA

6

7    USA,                                          Case No.  21-cr-00032-HSG-1

8                        Plaintiff,                **ORDER REGARDING MARCH 24 IN-**
                                                   **PERSON HEARING**
9            v.

10   DONALD GREGORY MURRAY,

11                       Defendant.

12

13           A further status conference or change of plea hearing is currently set for March 24, 2021 at

14   9:00 A.M.  In light of the evolving developments with coronavirus (COVID-19) and consistent

15   with General Order No. 72-6, the change of plea hearing will take place in Courtroom 1 on the

16   Fourth Floor, at 1301 Clay Street, Oakland, California.  In order to protect the health of parties,

17   attorneys, and court staff, no more than ten people will be permitted in the courtroom during the

18   hearing.  This includes the Judge, Courtroom Deputy, Court Security Officers, attorneys, and

19   Defendant.  To streamline the in-person proceedings, the Court **DIRECTS** the parties to meet and

20   confer to discuss who will attend the hearing and email the list of proposed attendees (with all

21   counsel cc'd) to HSGpo@cand.uscourts.gov.  In the same email, the Court further **DIRECTS** the

22   government to indicate whether the offense of conviction is subject to the mandatory remand

23   statute, 18 U.S.C. § 3143.  The parties shall email the Court by no later than 2:00 P.M. on March

24   22, 2021.

25           All persons attending the hearing in person must take the pre-screening questionnaire on

26   the Court's website:  http://cand.uscourts.gov/wp-content/uploads/2020/05/CAND-COVID-19-

27   Pre-Screening-Questionnaire.pdf.  U.S. Probation and/or Pretrial Services officers may appear

28   telephonically, and all others who are not present but wish to listen to the proceedings may do so

United States District Court
Northern District of California

1  by calling in, using the following credentials:

2      **Dial-In:** 888-808-6929

3      **Passcode:** 6064255

4      Persons granted remote access to court proceedings are reminded of the general prohibition

5  against photographing, recording, and rebroadcasting of court proceedings (including those held

6  by telephone or videoconference).   *See* General Order 58 at Paragraph III.  Any recording of a

7  court proceeding held by video or teleconference, including "screen-shots" or other visual copying

8  of a hearing, is absolutely prohibited.  Violation of these prohibitions may result in sanctions,

9  including removal of court-issued media credentials, restricted entry to future hearings, or any

10  other sanctions deemed necessary by the court.

11      **IT IS SO ORDERED.**

12  Dated:  3/19/2021

13

14  HAYWOOD S. GILLIAM, JR.
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2