

Moeel Lah Fakhoury LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
(510) 500-9994
hanni@mlf-llp.com

May 26, 2021                                   **Via CM/ECF**

The Honorable Donna M. Ryu
United States Magistrate Judge
Oakland Courthouse, 3rd Floor
1301 Clay Street
Oakland, CA 94612

**RE:** *United States v. Murray*, 4:21-CR-00032-HSG

Your Honor:

I write to request this matter be calendared for a bail hearing on June 8, 2021 at 1:00 p.m. At that hearing, Mr. Murray will request that his bond conditions be modified so he may leave the halfway house to seek and maintain employment.

Mr. Murray was charged by complaint with being a felon in possession of a firearm on December 17, 2020 and arrested on a no bail bench warrant that same day. *See* Dkt. 1. On December 29, 2020, the Honorable Sallie Kim agreed to release Mr. Murray from custody once a bed at an RRC was available. *See* Dkt. 6. The Honorable Edward J. Davila, affirmed that decision on January 5, 2021. *See* Dkt. 16-17. On March 5, 2021, once a bed was available, Mr. Murray appeared before the Honorable Susan van Keulen, who released him on a $25,000 appearance bond on the condition that he reside at the San Francisco halfway house on lockdown and subject to GPS monitoring. *See* Dkt. 28-29. Mr. Murray has been at the halfway house since that time and there have been no problems with his pretrial release. On April 8, 2021, the condition of GPS monitoring was removed upon stipulation of the parties. *See* Dkt. 35. On May 11, 2021, his release conditions were again modified by stipulation to give Mr. Murray the opportunity to leave the halfway house for the day to attend his wedding, which took place on May 25, 2021. Mr. Murray entered an open guilty plea before the Honorable Haywood S. Gilliam, Jr., on March 24, 2021, and sentencing is currently set on July 7, 2021. *See* Dkt. 32.

Pretrial Services officer Joshua Libby is not opposed to Mr. Murray being allowed to work if his sentencing hearing is deferred past the current July 7 date, but believes there is no need to let him work now so close to his sentencing hearing. Mr. Libby and Assistant U.S. Attorney Samantha Bennett are both available to appear at a bail hearing on June 8, 2021. Undersigned counsel checked and was informed that Judge van Keulen agreed that Your Honor could hear this request on the duty calendar. Thus, I request this Court set a bail hearing on June 8, 2021 at 1:00 p.m.

Sincerely,

Hanni M. Fakhoury